# TRIAL COURT OFFICIAL'S
## REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/19/2015 8:49:48 AM
PAM ESTES
Clerk

Court of Appeals No. (If known): 12 - 15 - 00232 - CR

Trial Court Style: State of Texas vs. Lennis Terrance Owens

Trial Court & County: 3rd Anderson County    Trial Court No.: 31954

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due:

Anticipated Number of Pages of Record:

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐    to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either    ☐
the required fee or to make arrangements to pay the fee for preparing the record.

☐    my duties listed below preclude working on this record:

☑    Other. (Explain.): I was not the reporter on this case. I believe it was heard by visiting Judge Jerry Calhoon,

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by _____, and I hereby request an additional _____ days within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

10-19-15
Date

903-275-6495
Office Phone Number

Stenobrandi@gmail.com
E-mail Address (if available)

Signature Brandi Ray

Printed Name Brandi Ray

Official Title Official Court Reporter